UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| POPPARTIES LLC,<br><br>          Plaintiff(s),<br><br>   v.<br><br>ZIXUANYIN,<br><br>          Defendant(s). | CASE NO. 2:22-cv-00467-TL<br><br>MINUTE ORDER |

The following Minute Order is made at the direction of the Court, the Honorable Tana Lin, United States District Judge:

(1) This is a copyright infringement case. On July 19, 2022, the Court issued an order to show cause why this case should not be dismissed for lack of service of process or for failure to prosecute. Dkt. No. 12. In response, Plaintiff filed Defendant's signed waiver of service, which sets a 60-day deadline (of September 5, 2022) for Defendant to respond to the complaint. Dkt. No. 13. Plaintiff also filed a brief and accompanying declaration responding to the July 19 order to show cause. Dkt. Nos. 14, 15.

MINUTE ORDER - 1

(2) Plaintiff represents that the Parties have reached an agreement in principle and plan to file a stipulated permanent injunction. Dkt. No. 15 at 3.

(3) Accordingly, it is hereby ORDERED:

    (a)    Given the Parties' likely settlement, the Court FINDS good cause to defer entry of an initial case scheduling order at this time.

    (b)    The Parties SHALL file a stipulation for permanent injunctive relief, with appropriate citations to the Court's authority to grant such injunctive relief, by **September 5, 2022**.

Dated this 10th day of August 2022.

Ravi Subramanian
Clerk of the Court

s/ Kadya Peter
Deputy Clerk